**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LORETTA M. POWELL,
     Plaintiff,

vs.                            CASE NO. 8:10-CIV-1558-T-17-TBM

ACCURATE INVENTORY AND
CALCULATING SERVICES,
     Defendant.
_____/

**ORDER**

     This cause is before the Court on motion to dismiss (Doc. 9), response thereto (Doc. 17), and reply (Doc. 23).  The Court finds the motion well-taken and adopts it and the reply by reference herein.  The plaintiff has simply sued the wrong entity.  She worked for Independent Inventory Services, Inc. which the defendant has established is not the same business as Accurate Inventory and Calculating Services, the named defendant.  Accordingly, it is

     **ORDERED** that the motion to dismiss (Doc. 9) be **granted** and this cause of action is dismissed for failure to establish that the named entity is the employer.  The Clerk of Court is directed to close this case.

     **DONE and ORDERED** in Chambers, in Tampa, Florida, this 22nd day of December, 2010.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record