**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LORETTA M. POWELL,
Plaintiff,

vs. Case No. 8:10-CIV-1558-T-17-TBM

INDEPENDENT INVENTORY SERVICE, INC., et al.,
Defendants.
_____________________________________/

**ORDER TO SHOW CAUSE**

This cause is before the Court sua sponte. Pursuant to Rule 4 (m) Fed.R.Civ.P., if service of the summons and complaint is not made upon the defendants within one hundred and twenty (120) days after the filing of the complaint, and the party on whose behalf such service was required cannot show good cause why such service was not made within that period, the action shall be dismissed without prejudice, upon the Court's own initiative, with notice to such party, or upon motion.

The amended complaint was filed on April 14, 2011, therefore, service was due to be effectuated on the defendants on or before August 12, 2011. To date the record does not reflect service on any of the defendants. Accordingly, it is

**ORDERED** that Plaintiff shall have up to and including August 26, 2011, to show cause why this complaint should not be dismissed for failure to prosecute and why this cause of action should not be closed. **FAILURE TO RESPOND IN A TIMELY MANNER MAY RESULT IN DISMISSAL FOR FAILURE TO TIMELY SERVE AT THAT TIME.**

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 16th day of August, 2011.




Copies to: All parties and counsel of record