**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LORETTA M. POWELL,

    Plaintiff,

vs.                                        CASE NO. 8:10-CIV-1558-T-EAK-TBM

INDEPENDENT INVENTORY SERVICE,
INC., et al.,

    Defendants.

_____/

**ORDER**

      This cause is before the Court on the remand order from the Eleventh Circuit Court of Appeals. Based on the directives of the appellate court, this Court will reopen this case and allow the plaintiff the opportunity to have the defendants in this case served. Accordingly, it is

      **ORDERED** that the Clerk of Court is directed to reopen this case. The plaintiff is **advised as follows**: 1) within 45 days of the date of the mandate in this case, which was June 11, 2013, the plaintiff shall state in writing whether or not she requests the U.S. Marshal attempt to serve the defendants at the addressed provided on the August 23, 2011, summons form or at some other addresses (to be provided by plaintiff on new summons forms completed within the 45 days period), 2) if the plaintiff responds in writing within the 45 days, the Court shall instruct the U.S. Marshal to attempt service at the addresses the plaintiff

selects; and 3) the time for service on the defendants is extended for a total of 90 days.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 12th day of June, 2013.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record